# 734 CASES REPORTED WITH BRIEF SYLLABI.

AGNES DES LOUIS, Respondent, v. NINTH AVENUE RAILROAD COMPANY, Appellant.— Judgment affirmed, with costs. No opinion. Present — Clarke, P. J., Merrell, Finch and Martin, JJ.

LEVY BROTHERS & KNOWLES, LTD., Appellant, v. STEIN HALL & COMPANY, INC., Respondent.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., Merrell, Finch, Martin and Wagner, JJ.

LEW A. SATZ, Respondent, v. MASSACHUSETTS BONDING AND INSURANCE COMPANY, Appellant.— Determination affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., Merrell, Finch, Martin and Wagner, JJ.; Clarke, P. J., and Merrell, J., dissent.

BERTRAM KRULEWITCH, Appellant, v. SAMUEL FREEDMAN and Others, Respondents, Impleaded, etc.— Judgment affirmed, with costs. No opinion. Present — Clarke, P. J., Merrell, Finch, Martin and Wagner, JJ.

THERESA PALAZZO, an Infant, by FRANK P. PALAZZO, Her Guardian ad Litem, Respondent, v. SAMUEL ABERLE, Appellant.— Judgment affirmed, with costs. No opinion. Present — Clarke, P. J., Merrell, Finch, Martin and Wagner, JJ.

FRANK P. PALAZZO, Respondent, v. SAMUEL ABERLE, Appellant.— Judgment affirmed, with costs. No opinion. Present — Clarke, P. J., Merrell, Finch, Martin and Wagner, JJ.

FANNIE STERN, Guardian ad Litem for WILLIAM STERN, an Infant, Respondent, v. MAIN THEATRE CORPORATION, Appellant.— Determination appealed from and the judgment and order of the City Court reversed and a new trial ordered, with costs to the appellant in all courts to abide the event, unless plaintiff stipulates to reduce the verdict to the sum of $250; in which event the said determination and judgment and order as so modified are affirmed, without costs in this court. No opinion. Settle order on notice. Present — Clarke, P. J., Merrell, Finch, Martin and Wagner, JJ.

1154 UNION AVENUE CORPORATION, Appellant, v. ADOLPH DAVIS and Another, Respondents.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., Merrell, Finch, Martin and Wagner, JJ.

ROSA B. SCOGNAMILLO, as Executrix, etc., of ENRICO SCOGNAMILLO, Deceased, Appellant, v. FRANCIS C. COPPICUS, Respondent.— Judgment affirmed, with costs. No opinion. Present — Clarke, P. J., Merrell, Finch, Martin and Wagner, JJ.

MARY BAMONTE, as Administratrix, etc., of FRANK BAMONTE, Deceased, Appellant, v. ARTHUR DAVENPORT, Respondent.— Judgment affirmed, with costs. No opinion. Present — Clarke, P. J., Merrell, Finch, Martin and Wagner, JJ.

ALICE THERESA S. DAMON, Respondent, v. CLAUDE HUBBLE DAMON, Appellant.— Judgment affirmed, with costs. No opinion. Present — Clarke, P. J., Merrell, Finch, Martin and Wagner, JJ.; Martin and Wagner, JJ., dissent.

SMOLENS REALTY CORPORATION, Respondent, v. ATLANTIC LEASING Co., INC., Appellant.— Judgment and order affirmed, with costs. No opinion. Present — Clarke, P. J., Merrell, Finch, Martin and Wagner, JJ.

ANGELO SANTILLI, Respondent, v. SIMON HARBURGER, Doing Business under the Firm Name of S. HARBURGER & SONS, Appellant.— Judgment affirmed, with costs. No opinion. Present — Clarke, P. J., Merrell, Finch, Martin and Wagner, JJ.